# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DANIEL SMITH,**                                                                              **PETITIONER**
**ADC # 140206**

**VS.**                           **NO. 5:08CV00288-SWW-BD**

**STATE OF ARKANSAS**                                                              **RESPONDENT**

## ORDER

The Clerk is instructed to serve a copy of Petitioner's § 2254 petition (docket entry #1) and a copy of this Order on the Respondent and the Arkansas Attorney General by regular mail. The Court directs the Respondent to file an answer, motion, or other responsive pleading to the petition within twenty (20) days after service of this petition.

IT IS SO ORDERED this 3rd day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE