**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DANIEL SMITH**                                                                                              **PETITIONER**

VS.                                   NO. 5:08-CV-00288-SWW-BD

**LARRY NORRIS, Director,
Arkansas Department of Correction**                                                **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections per se have been filed although petitioner has filed a response questioning the proper procedures. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

IT IS THEREFORE ORDERED that Petitioner's petition (#1) is DISMISSED with prejudice.

Dated this 28th day of October 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1